# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2440
_____

ROBERT E. SELLERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
James Scott Duncan, Judge.


January 28, 2026

PER CURIAM.

The order of the lower court dismissing as moot Appellant's Motion for a Rehearing/Reinstate Motion to Hear and Rule is not among the class of orders appealable by a defendant pursuant to Florida Rule of Appellate Procedure 9.140(b)(1). The appeal is DISMISSED for lack of jurisdiction.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Robert E. Sellers, pro se, Appellant.

James Uthmeier, Attorney General, Julian Elmo Markham, III, Assistant Attorney General, Tallahassee, for Appellee.